**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1506**

GEORGIA ARNETTE GREEN,

            Plaintiff – Appellant,

        and

EAGLES LEARNING CENTER,

            Plaintiff,

        v.

LENOIR COUNTY SHERIFF'S DEPARTMENT; SHERIFF W. E. (BILLY) SMITH; SGT. K. W. COOK; FIRST SGT. A. H. BATCHELOR, Individually and in Official Capacity; NORTH CAROLINA HIGHWAY PATROL; DEPUTY ERIC DIXON, Individually and in Official Capacity; TROOPER MICHAEL S. TURNER; STATE OF NORTH CAROLINA OR THE COUNTY OF LENOIR,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Malcolm J. Howard, Senior District Judge. (4:08-cv-00072-H)

Submitted: December 15, 2011        Decided: December 19, 2011

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Georgia A. Green, Appellant Pro Se.  Scott Christopher Hart, SUMRELL, SUGG, CARMICHAEL, HICKS & HART, PA, New Bern, North Carolina; Hal F. Askins, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Georgia Arnette Green appeals the district court's orders denying relief on her 42 U.S.C. § 1983 (2006) complaint, and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Green v. Lenoir Cnty. Sheriff's Dep't, No. 4:08-cv-00072-H (E.D.N.C. Sept. 30, 2010 & Apr. 7, 2011). We deny Green's motion for appointment of counsel, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED